THE HONORABLE JAMAL N. WHITEHEAD
Trial Date: 09/09/2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TALL CEDARS CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:23-cv-00296-JNW<br><br>STIPULATED MOTION AND (PROPOSED) ORDER FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR: 12/21/2023 |

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 21st day of December, 2023.

By: _s/Alfred E. Donohue_
Alfred E. Donohue, WSBA No. 32774
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104-3629
Phone: (206) 623-4100
Fax: (206) 623-9273
Email: donohue@wscd.com
Of Attorneys for Defendant

---

STIPULATED MOTION AND (PROPOSED) ORDER FOR DISMISSAL (Cause No. 2:23-cv-00296-JNW) – 1
ys/AED6513.146/4563631X



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 21st day of December, 2023.

By  */s/ Jessica R. Burns*
Jessica R. Burns, WSBA No. 49852
Stein, Sudweeks & Stein
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Phone: 206-388-0660
Fax: 206-286-2660
Email: jessica@condodefects.com
Of Attorneys for Plaintiff

IT IS SO ORDERED.

DATED this 22nd day of December, 2023.

Jamal N. Whitehead
United States District Judge

---

STIPULATED MOTION AND (PROPOSED) ORDER FOR DISMISSAL (Cause No. 2:23-cv-00296-JNW) – 2
ys/AED6513.146/4563631X

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273